UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| ESSENCE WELCH,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL DEMPSEY, Individually and in his official capacity as a law enforcement officer for the Des Moines, Iowa Police Department; DANA WINGERT, individually and in his official capacity as Chief of Police for the Des Moines, Iowa Police Department: CITY OF DES MOINES, IOWA,<br><br>Defendants. | Polk County District Court<br>Case No. LACL148045<br><br>Federal District Court<br>Case No. _____<br><br>NOTICE OF REMOVAL |

**COME NOW** Defendants, Daniel Dempsey, Dana Wingert and the City of Des Moines, by and through their undersigned counsel, and for its Notice of Removal states as follows:

1. Attached is a copy of the Original Notice and Petition and Jury Demand filed in the Iowa District Court for Polk County on July 7, 2020, wherein Essence Welch is the Plaintiff and Daniel Dempsey, Dana Wingert and the City of Des Moines are the Defendants. Other filings include, Original Notices on the Defendants, and a Subpoena of Service. This is a complete list of pleadings and other papers filed in the State Court.

2. The Petition makes multiple federal claims Defendants, including:

   a. Multiple 42 U.S.C. §1983 Claims alleging a violation of the Fourth Amendment (Excessive Force) against Dempsey.

   b. A 42 U.S.C. §1983 Claim alleging a First Amendment Claim leading to retaliation.

   c. A 42 U.S.C. §1983 claim against the City and Wingert, Individually, alleging various *Monell*-type claims.

3. This case is removed pursuant to 28 U.S.C. §§ 1441(a) and (c).

4. There are no matters pending in the State Court, other than the Petition which will require resolution by this Court.

5. Plaintiff is represented by counsel, Gina Messamer, 2910 Grand Avenue, Des Moines, IA, 50312, Tel:515-284-5737, Fax:515-284-1704 email:gmessamer@parrishlaw.com.

6. This Notice is filed with the Court within thirty days after service and filing of the Petition in which Plaintiff asserts his federal claims.

7. A copy of this Notice of Removal is being filed in the Iowa District Court for Polk County

WHEREFORE, Defendants pray the Court that the case be removed from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa.

Respectfully submitted,

*/s/ John O. Haraldson*
John O. Haraldson AT0003231
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, IA  50309-1891
Telephone:  (515) 283-4547
Facsimile:  (515) 237-1748
E-mail:  JOHaraldson@dmgov.org

ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on, July 29, 2020, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system and a true copy of the foregoing was electronically sent via the Clerk of Court and to attorney for Plaintiffs.

                                                                */s/ John O. Haraldson*
                                                                         John O. Haraldson
                                                                         Assistant City Attorney