IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESSENCE WELCH, | ) Case No. 4:20-cv-00235-SMR-HCA |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| DANIEL DEMPSEY, individually and in his official capacity, DANA WINGERT, individually and in his official capacity as Chief of Police for Des Moines Police Department, and the CITY OF DES MOINES, | ) |
| Defendants. | ) |

On November 5, 2021, Defendants filed a Notice of Appeal of the Court's November 4, 2021 Order granting in part and denying in part Defendants' motion for summary judgment. [ECF No. 79]. If Defendants wish to stay the proceedings in this Court pending their appeal, they must file a motion requesting a stay by no later than December 3, 2021. In so doing, Defendants should confer with Plaintiff's counsel and inform the Court if Plaintiff plans to resist the motion.[1]

---

[1] The Court notes that, depending on the subject matter of the appeal, the Court has limited discretion as to whether or not to grant a stay.

> Once a notice of appeal has been filed in a case in which there has been a denial of a summary judgment motion raising the issue of qualified immunity, the district court should then stay its hand. Jurisdiction has been vested in the court of appeals and the district court should not act further. If the appeal is utterly lacking in merit and for the purpose of delay only, [the court of appeals] may take appropriate action.

*Johnson v. Hay*, 931 F.2d 456, 459 n.2 (8th Cir. 1991). In their Notice of Appeal, Defendants cite the Court's denial of the individual Defendant Dempsey's qualified immunity defense as the basis

IT IS SO ORDERED.

Dated this 18th day of November, 2021.

_____
STEPHANIE M. ROSE, JUDGE
UNITED STATES DISTRICT COURT

---

for an appeal before final judgment. *See* [ECF No. 36-1]. It thus appears Defendants are appealing, at least in part, the Court's findings on qualified immunity, and a stay is therefore warranted. But rather than issue a stay *sua sponte* based on this inference, the Court thinks it more appropriate for Defendants to file a motion seeking such relief and articulating their reasons in support thereof.