UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESSENCE WELCH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL DEMPSEY,<br><br>　　　　　Defendant. | 4:20-CV-00235-SMR-HCA<br><br><br>ORDER FOLLOWING FINAL PRETRIAL CONFERENCE |

A final pretrial conference was held on October 31, 2023. Attorney Messamer appeared on behalf of Plaintiff.  Attorney Haraldson appeared on behalf of Defendant.

Nine jurors will be seated for trial, with no alternates. The Court will conduct an initial voir dire, then counsel may further examine the panel for 15 minutes each side. Counsel shall not ask questions which have been answered in the jury questionnaires. The jury questionnaires will be provided to counsel by the **Wednesday before trial**. Counsel for plaintiff shall have 3 peremptory strikes and counsel for defendant shall have 3 peremptory strikes.

All witnesses will be sequestered with the exception of the parties. To proceed efficiently, absent an objection, the parties shall examine a witness on their own case in chief as well as on the other parties' claims during the same examination. If counsel intends to re-call a witness, they will promptly inform the Court and opposing counsel of the situation. By **5:00 p.m. CT on the Friday before trial**, counsel shall notify the Court and opposing counsel of the witnesses to be called the first day of trial. At the end of each trial day, counsel shall notify the Court and opposing counsel of the witnesses to be called the next trial day. Counsel shall have witnesses ready to testify so that there are no delays between witnesses.

The handling of confidential information during trial will be addressed, as necessary, by separate order of the Court.

Opening statements for each side are limited to 15 minutes. Counsel for plaintiff will begin opening statements, followed by counsel for defendant. Closing arguments are limited to one hour for each side. *See* L.R. 83D(b). Rebuttal time comes out of plaintiff's one hour.

Throughout the trial, counsel shall provide the Court and opposing counsel with advanced notice of any electronic filing to be made and provide the Court and opposing counsel with a written copy of any filing.

Counsel shall be prepared to meet with the Court at 8:15 a.m. on the first trial day, and 8:30 a.m. for each trial day thereafter. Each trial day is expected to last from 9:00 a.m. to 5:00 p.m. with a morning break, a lunch break, an afternoon break, and other breaks as allowed by the Court. On the first day of trial, jury selection shall begin at 9:00 a.m.

Until a verdict is reached and the jury discharged, the lawyers must be readily available to the Court. *See* L.R. 51(b)(1). During deliberations, each attorney must advise the Court of where they can be located in the courthouse, or if they intend to leave the courthouse, of a telephone number where they can be reached without delay. *Id.*

If the jury has a question, or if some other issue arises during jury deliberations, and the Court determines the issue merits a conference with the parties, the Court will attempt to notify the lawyers. *See* L.R. 51(b)(2). If counsel is not available within 20 minutes, he or she will be deemed to have waived the right to participate in the proceedings concerning the issue. *Id.*

In addition:

By **November 3, 2023,** the parties shall:

1. File an amended proposed FPTC order, as discussed at the October 31, 2023 final pretrial conference.

By **5:00 p.m. CT on November 3, 2023**, the parties shall prepare and send electronically the following to Judge Rose's law clerk Matthew Engelstad at Matthew_Engelstad@iasd.uscourts.gov :

1. Voir Dire
2. Jury Instructions
3. Trial Exhibits
4. Exhibit list using form AO 187

By **12:00 p.m. CT on November 10, 2023**, the parties shall deliver to the Court, addressed to the Des Moines Clerk's Office for the U.S. District Court for the Southern District of Iowa:

1. Three hard copies of Trial Exhibits

IT IS SO ORDERED.

DATED October 31, 2023.

_____
Helen C. Adams
Chief U.S. Magistrate Judge