# WITNESS LIST

**Criminal No.**   4:20-cv-00235-SMR-HCA

**Case Title:**   Essence Welch v. Daniel Dempsey

............................................................

## PLAINTIFF'S WITNESSES:

| NAME | DATE | START TIME | END TIME |
|---|---|---|---|
| **1. Destani Welch** | 11/13/2023 | **1:02 p.m.** | **2:40 p.m.** |
|  |  |  |  |
| Direct |  | 1:02 p.m. | 2:40 p.m. |
|  |  |  |  |
|  |  | **3:02 p.m.** | **3:56 p.m.** |
|  |  |  |  |
| Cross |  | 3:02 p.m. | 3:40 p.m. |
| Redirect |  | 3:41 p.m. | 3:49 p.m. |
| Recross |  | 3:49 p.m. | 3:56 p.m. |
|  |  |  |  |
|  |  |  |  |
| **2. Essence Welch** | 11/13/2023 | **3:57 p.m.** | **4:58 p.m.** |
|  |  |  |  |
| Direct |  | 3:57 p.m. | 4:58 p.m. |
|  |  |  |  |
|  | **11/14/2023** | **8:31 a.m.** | **9:34 a.m.** |
|  |  |  |  |
| Direct (Continued) |  | 8:31 a.m. | 8:58 a.m. |
| Cross |  | 8:58 a.m. | 9:30 a.m. |
| Redirect |  | 9:30 a.m. | 9:33 a.m. |
| Recross |  | 9:33 a.m. | 9:34 a.m. |
|  |  |  |  |
|  |  |  |  |
| **3. Daniel Dempsey** | 11/14/2023 | **9:35 a.m.** | **10:03 a.m.** |
|  |  |  |  |
| Direct |  | 9:35 a.m. | 10:03 a.m. |
|  |  |  |  |

| NAME | DATE | START TIME | END TIME |
|---|---|---|---|
|  |  | **10:22 a.m.** | **11:54 a.m.** |
|  |  |  |  |
| Direct (Continued) |  | 10:22 a.m. | 11:54 a.m. |
|  |  |  |  |
|  |  | **1:17 p.m.** | **1:54 p.m.** |
|  |  |  |  |
| Direct (Continued) |  | 1:17 p.m. | 1:54 p.m. |
|  |  |  |  |
|  |  | **2:04 p.m.** | **2:57 p.m.** |
|  |  |  |  |
| Direct (Continued) |  | 2:04 p.m. | 2:17 p.m. |
| Cross |  | 2:17 p.m. | 2:57 p.m. |
|  |  |  |  |
|  |  | **3:20 p.m.** | **3:38 p.m.** |
|  |  |  |  |
| Cross (Continued) |  | 3:20 p.m. | 3:24 p.m. |
| Redirect |  | 3:24 p.m. | 3:33 p.m. |
| Recross |  | 3:33 p.m. | 3:38 p.m. |
|  |  |  |  |

**DEFENDANT'S WITNESS:**