## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| ESSENCE WELCH, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL DEMPSEY, <br><br> Defendant. | Case No. 4:20-cv-235-SMR-HCA <br><br><br> **VERDICT FORM** |

### Question 1: First Amendment Retaliation

On Essence Welch's First Amendment Retaliation claim against Daniel Dempsey, we find in favor of:

**X** Plaintiff Essence Welch        \_\_\_ Defendant Daniel Dempsey

### Question 2: Battery

On Essence Welch's Battery claim against Daniel Dempsey, we find in favor of:

\_\_\_\_ Plaintiff Essence Welch        **X** Defendant Daniel Dempsey

### Question 3: Compensatory Damages

If you found in favor of Plaintiff Essence Welch on either her First Amendment or Battery claim, what is the amount of compensatory damages you assess?

Physical Pain and Suffering:    $ 3,000

Mental Pain and Suffering    $ 2,000

*Essence Welch v. Daniel Dempsey*
Verdict Form – Page 2

If you found in favor of Essence Welch on her First Amendment Claim or her Battery claim, but you find she has failed to prove damages, you must still award nominal damage of $1.00. Do not award "nominal damages" if you award any "compensatory damages" on these claims.

Nominal Damages – 1ˢᵗ Amendment:    $_____

Nominal Damages - Battery           $_____

## Question 4: First Amendment Punitive Damages

If you found in favor of Ms. Welch on her "First Amendment Retaliation Claim," do you find that Ms. Welch is entitled to punitive damages against Defendant Dempsey?

X Yes                  ____ No

If you answered "Yes" to question 4, what is the amount of punitive damages you assess?

First Amendment Punitive Damages $ *36,000*

## Question 5: Battery Punitive Damages

If you found in favor of Ms. Welch on her "Battery Claim," do you find that Ms. Welch is entitled to punitive damages against Defendant Dempsey?

____ Yes                  X No

*Essence Welch v. Daniel Dempsey*
Verdict Form – Page 3

If you answered "Yes" to question 5, what is the amount of punitive damages you assess?

Battery Punitive Damages                    $_____

Was the conduct of Daniel Dempsey directed specifically at Essence Welch?

____ Yes                              ____ No

11/15/2023
Date

Foreperson _____

Juror _____

Juror _____

Juror _____

Juror _____

Juror _____