11/15/23

Q1

Is defendant responsible for 100% of damages?
Does DMPD cover either main damages or any punitive?
Or any

11:29 am

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESSENCE WELCH, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL DEMPSEY, <br><br> Defendant. | Case No. 4:20-cv-235-SMR-HCA <br><br> **ANSWER TO JURY QUESTION** |

I received your question:

*Q1*

*Is defendant responsible for 100% of damages?*
*Does DMPD cover either main damages or any punitive?*
*Or any*

*/s/ Phillip Shope*
*11:29 am*

Iowa law requires the Des Moines Police Department to indemnify the defendant for any compensatory damages that may be imposed. That is, the Des Moines Police Department must by law pay any such damages that are awarded against the defendant.

Iowa law neither requires, nor prohibits, the Des Moines Police Department from indemnifying the defendant for any punitive damages. The Des Moines Police Department may opt to pay any such punitive damages that are awarded, or may choose not to do so.

Dated this 15th day of November, 2023.

STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT