11/15

Can you clarify or rephrase the verbiage of Final Instruction NO 6 in regards to the action against Ms Welch "chilling a person of ordinary firmness"? Is "ordinary" relating to Ms Welch, other protesters etc?

12:17 pm

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| ESSENCE WELCH, | |
| Plaintiff, | Case No. 4:20-cv-235-SMR-HCA |
| v. | **ANSWER TO JURY QUESTION 2** |
| DANIEL DEMPSEY, | |
| Defendant. | |

I received your question:

*11/15*
*Can you clarify or rephrase the verbiage of Final Instruction No. 6 in regards to the action against Ms. Welch "chilling a person of ordinary firmness"? Is "ordinary" relating to Ms. Welch, or other protesters, etc?*

*/s/ Phillip Shope*
*12:17 am*

The standard is an objective one. The question is not whether Mr. Dempsey's actions in fact chilled Ms. Welch's desire to exercise her First Amendment rights, but whether his actions would chill an ordinary person from exercising his or her First Amendment rights. "Chilling" means something that would discourage an ordinary person from exercising his or her rights.

Dated this 15th day of November, 2023.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT