11/15/23

Question #3:

How are we to differentiate whether the pepper spray was directed specifically at Ms Welch or not?

Are we determining if Mr Dempsey sought her out or if she was simply standing in the space he had available to spray?

2:51 pm

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESSENCE WELCH,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DEMPSEY,<br><br>Defendant. | Case No. 4:20-cv-235-SMR-HCA<br><br>**ANSWER TO JURY QUESTION 3** |

I received your question:

*11/15/23*

*Question #3:*

*How are we to differentiate whether the pepper spray was directed specifically at Ms. Welch or not?*

*Are we determining if Mr. Dempsey sought her out or if she was simply standing in the space he had available to spray?*

*/s/ Phillip Shope*
*2:51 pm*

Whether the conduct of Daniel Dempsey was directed specifically at Essence Welch is determined by consideration of whether Mr. Dempsey's use of pepper spray against Essence Welch was deliberate as opposed to accidental.

Dated this 15th day of November, 2023.

STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT