UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| ESSENCE WELCH,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL DEMPSEY; CITY OF DES MOINES, IOWA,<br><br>Defendants. | Federal District Court<br>Case No. 4:20-cv-235<br><br><br>JOINT NOTICE OF<br>SETTLEMENT |

**COME NOW** the Parties and hereby give notice to the Court that they have reached an agreement on all pending matters, including resolution of attorney fees and a mutual waiver of appeal. The Court may consider this matter concluded.

 /s/*John O. Haraldson*
John  O.  Haraldson      AT0003231
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, IA  50309-1891
Telephone:  (515) 283-4547
Facsimile:  (515) 237-1748
E-mail:  joharaldson@dmgov.org
**ATTORNEY FOR DEFENDANT**

 /s/ *Gina Messamer*
Gina Messamer          AT0011823
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: gmessamer@parrishlaw.com
jdonels@parrishlaw.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 5, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By:   */s/ Gina Messamer*